ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
Sep 15, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: | **~~[PROPOSED]~~ ORDER TO UN-SEAL SEARCH WARRANTS;** |
| THE RESIDENCE LOCATED AT 2821 E SPRUCE AVE., #253, FRESNO, CA 93720 | 2:24-sw-1153 CSK |
| INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (559) 816-1053, THAT IS STORED AT PREMISES CONTROLLED BY AT&T | 2:24-sw-1191 SCR |

**ORDER TO UNSEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: September 14, 2026

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE